RECEIVED
IN MONROE, LA
AUG 15 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT FENCEROY AND MAE FENCEROY | CIVIL ACTION NO. 05-0480 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH SCHOOL BOARD | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Morehouse Parish School Board's Motion to Dismiss [Doc. No. 7] is GRANTED IN PART AND DENIED IN PART. The Motion to Dismiss is GRANTED as to Plaintiffs' First Amendment and "parental rights" claims, and these claims are DISMISSED WITH PREJUDICE. The Motion to Dismiss is also GRANTED as to Plaintiffs' Equal Protection claim based on race, and this claim is also DISMISSED WITH PREJUDICE. However, the Motion to Dismiss is DENIED as to Plaintiff's Equal Protection claim based on gender, and Plaintiffs may proceed with this claim.

Monroe, Louisiana, this 15 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE